Sealed
Public and unofficial staff access to this instrument are prohibited by court order

U.S. Department of Justice
United States Attorney

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2020
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
AUG 2 0 2020
David J. Bradley, Clerk

# United States District Court
# Southern District of Texas
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | GRAND JURY NO. 99 |
| V. | § § | CRIMINAL NO. M-19-2337-S1 |
| JUAN MANUEL MORENO, ET AL. | § | |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| JUAN MANUEL MORENO | NO BOND |
| GEOVANNY GARCIA-QUEVEDO | NO BOND |
| JUAN CARLOS RODRIGUEZ | NO BOND |
| ALEJANDRO ENRIQUE GEORGE-BOZA | NO BOND |
| JOSE JOEL QUEVEDO-BOUZAMAYOR | NO BOND |
| MARLON CERVELO-TRUJILLO | NO BOND |
| OILEY BLANCO-PRIETO | NO BOND |
| DAVID GONZALEZ | NO BOND |
| EDGAR FUENTES-FUENTES | NO BOND |
| LAZARO CRUZ | NO BOND |
| LAUREANO JAVIER ROLDAN-QUEVEDO | NO BOND |
| ULISES MARINO | NO BOND |
| YETMIS MARTINEZ-PUJOL | NO BOND |
| JESUS M MESA | NO BOND |
| YOANY OCHOA-LABACENA | NO BOND |

| | |
|---|---|
| JORGE MENDEZ CHAVEZ | NO BOND |
| JERMAN LOERA | NO BOND |

ENTERED at McAllen, Texas, this ___20th___ day of August 2020.

_____
UNITED STATES MAGISTRATE JUDGE